Writ refused. On the facts found by the Court at the hearing, there is no basis for granting the writ.

BARHAM, J., concurring. The shorthand notes of a reporter are not *minutes of court*. The minute *entry* officially approved under the rules of court are binding. That entry here reflects waiver of counsel by relator.

239 So.2d 168

**Marie C. HAVENS**

**v.**

**Andy HAVENS.**

**No. 50762.**

Sept. 21, 1970.

Application dismissed. The motion of applicant, that the complaint herein has been rendered moot by the death of his wife, is granted and the application is dismissed.